U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 4 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| FLOYD EDWARDS | CIVIL ACTION NO. 14-3148 |
| versus | JUDGE TOM STAGG |
| U.S. ATTORNEY GENERAL ERIC H. HOLDER, JR. | MAGISTRATE JAMES D. KIRK |

## JUDGMENT

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that Floyd Edwards's petition for a writ of habeas corpus (Record Document 1) is **DISMISSED** for lack of jurisdiction. This court agrees with and **ADOPTS** the magistrate judge's characterization of the facts contained in the Report and Recommendation in this case. See Record Document 16. The court **DECLINES TO ADOPT** the analysis and recommendation contained within the Report and Recommendation to the extent that it finds that the petition should be transferred to the Fifth Circuit Court of Appeals. The remainder of the analysis contained in the Report and Recommendation is **ADOPTED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 4th day of May, 2015.

_____
JUDGE TOM STAGG